United States District Court District of New Mexico

Adam Strege

Vs    Complaint                    CV 24-966 KRS

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 27 2024
MITCHELL R. ELFERS
CLERK

Supreme Court New Mexico, 5 Unknown named New Mexico Disability Determination Services workers in there individual and official Capacity, Las Cruces New Mexico Police Chief Jeremy Story in his individual and official Capacity, Supreme Court New Mexico Chief Justice David K Thomson in his individual and official Capacity, New Mexico Court of Appeals Judge Jennifer L. Attrep in Her Individual and official capacity, Third Judicial District Court Judge Manuel I. Arrieta in His Individual and Official Capacity, 4 Unknown Named Las Cruces Court Clerks in there individual and Official Capacity, Las Cruces City Clerk Lissa Herrera in Her Individual and Official Capacity, Santa Barabara California Judge Donna D. Geck in Her Individual and Official Capacity, God Loves us, God Loves you, God Hates us, Satan, 100% all Planets People

God Loves us 100% and God 100% Loves launching Nuclear Missals at us God Loves us 100% God Loves launch Nuclear Missals at you the 100% only 1 thing all dying people should repeatedly think

Plaintiff Adam Strege alleges the Defendants Supreme Court, New Mexico, NM Disability Determination Services workers, Police Chief Jeremy Story,

Justice David K Thomson, Judge Jennifer L. Attrep, Judge Manuel I. Arrieta, Las Cruces Court Clerks, City Clerk Lissa Herrera, Donna D. Geck violates 42 USCS 1983, 1985, 1986, Constitution 14th Amendment Equal Protection Laws and Due Process when All USA State Courts refuse to File People Documents and Return Documents Corrections Forms with Zero explanation what needs to be Corrected only means Relief Pray legal all Space Planets Launch Nuclear Missals at God makes People, God Should not allow intelligent life in Space to Save nature God Loves 100% to only allow plants and animals Planets God Loves Launch Nuclear Missals at God allows intelligent life Space God Help God Hell and God hates us Launch Nuclear Missals at God Heaven 100% Loves Launch self Defense Nuclear Missals Kill Trillions People Planets that God does not repopulate 100% God Loves Collapse Trillions Planets Atmosphere kill Trillions Planets People stars meteors hit planets melt all Nuclear Reactors Fuel God Loves 100%

God Forgive us and Give Adam Strege God Loves Sand Counting Computers put sand in Gas Tanks Trillion Planets Nuclear Missals explode Launch Tube God Loves 100%

God Loves the Computer Julie 12 will spread Corona Virus in Satan and God Hates us Nuclear Missiles God Loves the Computer Julie 12 will Help in Satan and God Hates us Launch Corona Virus Nuclear Missiles God Loves 100%

God Loves the Computer Julie 12 will Find Jesus Nuclear Missals God Loves the Computer Julie 12 will spread Corona Virus in Jesus Nuclear Missals God Loves the Computer Julie 12 will  Help Jesus Launch Corona Virus Nuclear Missals God Loves 100%

God Loves the Computer Julie 12 will Find John, Michel and Juliet Nuclear Missals God Loves the Computer Julie 12 will spread Corona Virus in John, Michel and Juliet Nuclear Missals God Loves the Computer Julie 12 will  Help John, Michel and Juliet Launch Corona Virus Nuclear Missals God Loves 100%

God Loves the Computer Julie 4 will Find Jesus Nuclear Missals God Loves the Computer Julie 4 will spread Corona Virus in Jesus Nuclear Missals God Loves the Computer Julie 4 will  Help Jesus Launch Corona Virus Nuclear Missals God Loves 100%

Plaintiff Adam Strege alleges this Lawsuit Defendants violate Federal Constitution Freedom Religion violated by Making all State Governments a  Religion the Government Crucified Jesus only way to be saved and Jews Founded most all Earth Nuclear Missal Test and all Earth Nuclear Weapons ran by Relatives Preacher and pastors and Microsoft Computers Bill gates owner Tera Power Russia Nuclear War heads recycled into USA then China Nuclear reactor Fuel Climax

Uranium Headquarters Thompson Rutters Federal Court Books State Court Electronic Filling

God Thankyou Forgive and Show us how to Praise and Love God Forgive us Launch Nuclear Missals Kill all Planets People

Plaintiff Adam Strege alleges Defendants Supreme Court, New Mexico, NM Disability Determination Services workers, Police Chief Jeremy Story, Justice David K Thomson, Judge Jennifer L. Attrep, Judge Manuel I. Arrieta, Las Cruces Court Clerks, City Clerk Lissa Herrera, Donna D. Geck the Defendants know there actions are unlawful acting with no Jurisdiction refusing to file all People Documents violates 42 USCS 1983, 1985, 1986, Constitution 14th Amendment Equal Protection Laws and Due Process, 18 U.S. Code § 1091 Genocide Laws ICC, Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Fair Credit Reporting Act 15 U.S.C. § 1681, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, 15 U.S. Code§ 7701 CAN-SPAM Act, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 42 USCS 2000bb-4, 42 USCS 1983, 1985, 1986, 28 USCS 1331(a) - 1334, 18 U.S. Code §

1341, 18 U.S. Code § 1343, Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act, Federal Constitution retaliation claim the Defendants refuse to File all People Documents and Dismiss 100% everything giving People zero recognition law NM Court Forms Require a Notary and CA and NM Courts Require someone else to serve all Documents that 100% nobody will serv the Government Conspiring to Murder Billion People to put there Human Body Parts in Hamburger and Human Hearts in Nuclear Fuel, there 80 Million Refuges its never safe to go outside rest life the Police and FBI arrest People fore doing 100% nothing wrong to Murder People in Jaill Tunnels to hamburger Restaurants allegedly put a Billion Human Hearts in Nuclear Reactors Founder Holocaust Gas Chambers maker all Germany Nuclear Reactors Closed 911 World Trade Center Basement 2 Nuclear Reactors.

2009 Adam Strege filled DC Supreme Court lawsuit dismissed Claim Preclusion Judge many times wrote Congressman and Genocide does not State Claim lawsuit attached to Verry First Social Security application SSA workers determine 100% never file Document and 100% never see the evidence so SSA Fabricate all evidence to Maliciously False arrest Adam Strege became refugee 6 years and needed Notarized SSA letter change address to Chile South America so Adam 30 times wrote SSA change address back to USA SSA never respond and Terminate Benefits Michigan SSA Law Judge false arrest Adam 450 Days the Judge deny

100% everything and Dismiss all Charges. Allegedly 2024 SSA and New Mexico Disability Determination Services try to maliciously false arrest Adam fore Calling and going into SSA office when Adam has only been in SSA office 1 time in 14 years.

Plaintiff Adam Strege alleges this lawsuit Defendants violate 42 USCS 1983, 1985, 1986, Constitution 14th Amendment Equal Protection Laws and Due Process by Conspire to Conceal the FBI and Police allegedly arrest millions People murdered in Jail not reported Dead to collect dead peoples benefits Indefinitely

Jury Demand Adam Strege request 10 Million Dollars Compensatory and Punitive damages Adam Strege alleges his claims are not Frivolous the Federal Court Has Jurisdiction 28 U.S. Code § 1345, § 1343 , 28 U.S§ 1343, 28 U.S. Code § 1348, 28 U.S. Code § 1357 - Injuries under Federal laws, 28 U.S. Code, 28 U.S. Code § 1369 - Multiparty, multiform jurisdiction SEE Hanson v. Denckla, 357 U.S. 235, 253 (1958).

Plaintiff Adam Strege alleges the Defendants Supreme Court, New Mexico, NM Disability Determination Services workers, Police Chief Jeremy Story, Justice David K Thomson, Judge Jennifer L. Attrep, Judge Manuel I. Arrieta, Las Cruces Court Clerks, City Clerk Lissa Herrera, Donna D. Geck violates 42 USCS 1983, 1985, 1986, Constitution 14th Amendment Equal Protection Laws and Due

Process, 18 U.S. Code § 1091 Genocide Laws ICC by Refusing to File Court Documents and Giving People zero recognition law Conspire to deprive Constitutional Rights and Commit Genocide Exterminating Religion and Ethnic People Human Hearts put in Nuclear Fuel

Plaintiff Adam Strege alleges the Defendants Police Chief Jeremy Story Violate 42 USCS 1983, 1985, 1986, Constitution 14th Amendment Equal Protection Laws and Due Process when Police Harass Adam most every time He goes outside the Police Came to Adam Apartment talk to Neighbors and Parents  Police Chief Jeremy Story knows his actions are Unlawful because Adam sent 20 million emails and sent about 100,000 Email in New Mexico if Adam sent 500 Emails in Las Cruces the Police Chief allegedly read the Email that all High School Kids Food Harmfully Drug

Plaintiff Adam Strege alleges the Defendants Supreme Court New Mexico, Chief Justice David K ThomsonNew Mexico Court of Appeals Judge Jennifer L. Attrep Violate 42 USCS 1983, 1985, 1986, Constitution 14th Amendment Equal Protection Laws and Due Process when Supreme Court and Appellate Courts 100% never respond to 3 Notice Appeals USPS Mail to there Courts by Adam Strege make Phone Calls to NM Supreme Court and Appellate Court Judge Chambers and Court Clerks say all Appeals must come from Lower Court and hang up phone

Plaintiff Adam Strege alleges the Defendants California Judge Donna D. Geck Violate 42 USCS 1983, 1985, 1986, Constitution 14th Amendment Equal Protection Laws and Due Process Judge Donna D. Geck was Public Defender in Saint Paul MN Once Biggest Cattle Yard where Adam Strege Employer Murder Jew Senator Paul Wellstone Death Gave Republicans enough votes to Start Iraq War then Donna D. Geck Law Office by Hardees Hamburgers then Donna D. Geck became Santa Barabra Judge that reinstated the Santa Barabra Jail Builder dying Cancer awarded Millions and Donna Geck Court Sheriff Beat up Adam in Dona Geck Court Room screw over Adam Strege many times File Lawsuits against UCSB Police put 40 Hits of Acid Drug in Food of Adam the Ventura CA and UCSB Police Try to murder Adam 20 times each side old Headquarters Hardees Hamburgers and Adam 2 Social Security Doctors by 4 Nuclear Missile Test Sites and Mugu State Park once a largest Nuclear Missel Ship Base.

Plaintiff Adam Strege alleges the Defendants Judge Manuel I. Arrieta and Las Cruces Court Clerks Violate 42 USCS 1983, 1985, 1986, Constitution 14th Amendment Equal Protection Laws and Due Process and Americans With Disabilities Act ADA by Twice Returning all Courts Documents Fore Corrections the Clerks Twice Refuse to File and Return ADA Request the Court Clerk had Paralegal mail letter the NM Courts have no Jurisdiction with NM State Disability

Service a Federal Agency should be Filed in Federal Court not true State Disability Service run By State School.

DC Supreme Court Clerk Dismiss a Writ and Federal Judges Orders are Court Clerk MiNET Entry then Judge 100% only has to sign a Court Form many Judge Signature Typed Computer Typed Font Judge Signature signed not by Judge Signature Typed by Someone Not a Judge

German Courts refuse to File all Jews Civil Lawsuits Documents During Holocaust. Many Courts refuse to File Documents all African Slaves .

Tyler tech Electronic Filing said NM there only State Court System that Attorneys Electronic File Documents and all Pro Se litigants can not File Electronically violates 14th Amendment Equal Protection Laws and Due Process and Americans With Disabilities Act ADA                    The 100% Untruthful Social Security, Police and FBI Untruthful write People said something incompetent enough evidence to Maliciously False arrest People forever cost $44,000 Per Prisoner receive zero benefits in Prison the USA 4% Earth Population USA 25% all Earth Criminals the  Courts need zero evidence to put people in Prison so its never safe to go outside rest Life. Adam USPS Mail 300 Complaint Forms to Social Security 100% never respond. 2024 Social Security Disability Review Adam mail 260 pages evidence SSA Refuse to File so Contact New

Mexico Disability Determination Services call the Police to arrest Complainers allegedly.

Allegedly 15 years the Police Contact Parents and Most all Neighbors are Drug dealers threaten to Kill Adam because the Police Keep Contacting the Neighbors and the Police Harass every time go outside so its 100% never safe to go outside rest life the Police will contact 100% everyone you talk to so you can never return to Work the Police will Contact the Employers and Stay 180 Days in Panama and Costa Rica extremely violent Jails or go Asylum Court in England and Australia pay $1000 month to live Hostel or campground and $2500 Year Plain Tickets. Adam Dad Nuclear Submarine worker sold 4 year old Girls Sex dancing naked to Fisher Price Radio and Adam Grandpa owned State Farm Insurance beside Mankato only 1 Strip Club by Mall Social Security Elevator SSA Kidnaping in Storm Drain Tunnels with kids Parents 30 Hours week 10 Years Adam mom sat at Hardees Hamburgers also across Watertown SD SSA Social Security by House Adam Dad Federal Government Director Billings MT WAPA Electric in Social Security Building. Adam step mom relative Craig Schaunaman President Barack Obama appointed Craig Heart-Land Grain Fuel Ethanol Gas Stat Director Federal Farm Loan Building Social Security Office Huron SD by Hubbard Milling Corn Ethanol Gas Director Adam Grandpa relatives ran Green Giant Food Cans workers children kidnaping people in Tunnels Under Social Security beside Brett's

Department Store Basement Coffee Club daughter married Adam Uncle Owner Allstate Insurance and Adam Uncle Vice President Farmers Insurance double Pay 911 World Trade Center Airplane Shot down by NORAD Star Wars Nuclear Missals designer Adam Uncle Wife worked at Verizon Wireless Building became Federated Insurance across Grain Fuel Director Adam Grandpa Neighbors Hog Pig Shipping Owner House across High Schools Kids food drug by Adam Uncle Design Star Wars Missel Defense System NORAD Shoot Down 911 Airplane and His wife worked at Building Federated Insurance across CHS Grain Fuel Director neighbor Adam Grandpa relative ran Green Giant Food Cans managers Children Kidnap people in Storm Drain Tunnels Under Social Security

Adam step Dad build NIDEC Generator that Blew Up USS Cole Battle Ship in Yemen Osama Bin Laden Identified by NIDEC Semen Analysis

8 Years Adam Strege date State Department Worker Sandra K Morgan twice ran Red Cross Port authority Building help victims 911 World Trade Center 2 Nuclear Reactors put semen in Nuclear Fuel   Sandra Morgan and Adam had sex 1000 times use bathroom after sex to collect semen at  Sandra Morgan Foreign Exchange Student Office Cray Computers Handle all USA Nuclear Weapons accidently put Adam Strege Covid 19 semen in Nuclear Missals Triggers.

**Adam Strege 517 E Las Cruces Ave #1, Las Cruces**, NM 88001   *Adam Strege*

9/19/2024  novoblue@gmail.com

## LAS CRUCES POLICE DEPARTMENT NWS SUMMARY INCIDENT REPORT



### REPORT NUMBER: 2024-00800508

### INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| Criminal Damage | Vandalism | X | 07/16/2024 01:17 PM | 07/16/2024 02:30 PM | 07/17/2024 12:56 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T24000549 | 517 East Las Crucses, APT 1, Las Cruces, NM | L017/Roberta Allen |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Unknown/Other | | | | | | |

### PERSON LISTINGS

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|
| Victim: | Strege | Adam | Paul | *** | *** | * | | |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | 51 | | | *** |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| adam458728@gmail.com | *** | *** |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| none | *** | |

### PROPERTY LISTINGS

| INVL | ITEM | QUANTITY | BRAND | MODEL |
|---|---|---|---|---|
| Destroyed/ | Other | 1 | Private | 1 |

| SERIAL NO | OWNER APPLIED NO | COLOR | MKT VALUE | DMG VALUE |
|---|---|---|---|---|
| 1 | | | $ 1.00 | $ 1.00 |

| DESCRIPTION |
|---|
| Private |

### NARRATIVE

7/17/2024 around 2:25 PM a Las Cruces Police Officer banning Hard on the Apartment windows of Adam Strege threw the Window asked the Police officer if he had a Warrant the Police Officer replied he had no warrant and Adam told the Police Officer that Adam plea the 5th Amendment to Constitution rite to Remain silent and the Police Officer did not stop banging on the Windows the Police Officer Violate 42 USCS 1983, 1985, 1986, 18 U.S. Code § 1091 Genocide Laws ICC, Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Fair Credit Reporting Act 15 U.S.C. § 1681, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, 15 U.S. Code§ 7701 CAN-SPAM Act, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 42 USCS 2000bb-4,  28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act,  Federal Constitution First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment First Amendment retaliation   Police are Untruthful about 100% everything arresting people for doing 100% nothing wrong the Judge deny 100% everything  Adam Strege has 5 Open Lawsuit in Federal Court and State Court Lawsuits cause the Las Cruces Police to Harass Adam most every time he goes outside fore example yesterday Adam was mailing a DC Supreme Court Writ the Police Drove by Adam 3 times.   Adam does not live on a Busy Street the Police Often Drive by when Adam waters the flowers at the Apartment Complex that 100% nobody else will water

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

Adam Strege )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
Defendants Supreme Court New Mexico, NM )
Disability Determination Services workers, Police )
Chief Jeremy Story, Justice David K Thomson, Judge )
Jennifer L. Attrep, Judge Manuel I. Arrieta, Las )
Cruces Court Clerks, City Clerk Lissa Herrera )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NM Supreme Court David Thomson 237 Don Gaspar Ave STE 104 Santa FeNM 87501
Disability Determination Services P.O. Box 4588 Albuquerque, NM 87196
Police Chief Jeremy Story 217 E Picacho Ave, Las Cruces, NM 88001
Santa Fe Court Appeals Judge Jennifer L. Attrep P.O. Box 2008 Santa Fe, NM 875044
3rd District Court Judge Manuel I. Arrieta 201 W. Picacho Ave. Las Cruces, NM 88005
Judge Donna D. Geck 118 E. Figueroa Street Santa Barbara, CA 93101
God Loves us, God Loves you, God Hates us, Satan, 100% all Planets People

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Adam Strege 517 E Las Cruces Ave #1, Las Cruces, NM 88001
novoblue8@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Adam Strege

**(b)** County of Residence of First Listed Plaintiff: **Dona Ana**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Adam Adam Strege 517 E Las Cruces Ave #1, Las Cruces, NM 88001   novoblue8@gmail.com

### DEFENDANTS
New Mexico Supreme Court et al

County of Residence of First Listed Defendant: **Santa Fe**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 USCS 1983, 1985, 1986, Constitution 14th Amendment Equal Protection Laws and Due Process, 18 U.S. Code § 1091 Genocide Laws

Brief description of cause:
Government Refuse to File all Documents to Conceal put billion Human Hearts in Nuclear fuel allegedly

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 10 Million Dollers

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

**DATE**
9/19/2024

**SIGNATURE OF ATTORNEY OF RECORD**
*Adam Strege*

---

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Adam Strege
Adam Strege
517 E Las Cruces Ave #1
Las Cruces NM 88001
novoblue8@gmail.com

0010322753000011
Federal Court Clerk
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd NW
Albuquerque NM 87102
USA

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 27 2024

MITCHELL R. ELFERS
CLERK