IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ADAM STREGE,

      Plaintiff,

v.                                                   No. 2:24-cv-00966-WJ-KRS

NEW MEXICO SUPREME COURT, et al.

      Defendants.

## MEMORANDUM OPINON AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Complaint, Doc. 1, filed September 27, 2024, and Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. 2, filed September 27, 2024.

After reviewing *pro se* Plaintiff's Complaint, United States Magistrate Judge Kevin R. Sweazea identified the following deficiencies in the Complaint:

(i)     The Complaint fails to state claims because it does not clearly describe what *each* Defendant did, when *each* Defendant did it, and how *each* Defendant's actions harmed Plaintiff.

(ii)     There are no allegations in the Complaint showing that the Court has jurisdiction over Plaintiff's claims against Defendant New Mexico Supreme Court.

(iii)     There are no allegations showing that the actions of the judicial Defendants, a New Mexico Supreme Court Justice, a New Mexico Court of Appeals Judge, a Third Judicial District Court Judge, a Santa Clara California Judge, and four Las Cruces Court Clerks, all of whom are absolutely immune from monetary damages claims

>   for actions taken in their judicial capacity, were taken in the complete absence of all jurisdiction.
>
> (iv)   Several of the allegations in the Complaint are incoherent, for example, Plaintiff stated:
>
>> God Should not allow intelligent life in Space to Save nature God Loves 100% to only allow plants and animals Planets God Loves Launch Nuclear Missals at God allows intelligent life Space God Help God Hell and god hates us Launch Nuclear Missals at God Heaven 100% Loves Launch self Defense Nuclear Missals Kill Trillions People Planets that God does not repopulate 100% God Loves Collapse Trillions Planets Atmosphere kill Trillions Planets People stars meteors hit planets melt all Nuclear Reactors Fuel God Loves 100%.

Order to Show Cause at 2-3, Doc. 4, filed October 3, 2024.  Judge Sweazea ordered Plaintiff to show cause why the Court should not dismiss this case and to file an amended complaint.  *See* Order to Show Cause at 5 (notifying Plaintiff that failure to timely show cause and file an amended complaint may result in dismissal of this case).

Plaintiff filed a document which the Clerk's Office docketed as a Letter, but the Letter is largely incoherent and, therefore, does not show cause why the Court should not dismiss this case. For example, the first paragraph states:

> Motion Federal Courts Launch Missiles at God Loves all State Court refuse to file all People Documents and Send documents back corrections making it imposable to File Lawuit 100% God Loves Launch Nuclear Missiles at Billion Trillion Planets Courts kill Billion Trillion Planets People and not repopulate the Planet to save Nature God Loves 100% to only allow plants and Animals Planets a New Clear Ear.

Letter at 1, Doc. 5, filed October 15, 2024.  Plaintiff did not file an amended complaint by the October 24, 2024, deadline.  The Court dismisses this case without prejudice because the Complaint fails to state a claim, Plaintiff did not show cause why the Court should not dismiss this case, and Plaintiff did not file an amended complaint.

Judge Sweazea also notified Plaintiff that Plaintiff did not sign his Application to Proceed in District Court Without Prepaying Fees or Costs and that the Court must strike the Application if Plaintiff does not promptly sign the Application.  *See* Order to Show Cause at 1 (quoting Fed.R. Civ. P. 11(a) ("The Court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention").  The Court strikes Plaintiff's Application because Plaintiff did not sign the Application by the October 24, 2024, deadline.

**IT IS ORDERED** that:

(i) This case is **DISMISSED without prejudice.**

(ii) The Court **STRIKES** Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. 2, filed September 27, 2024.

/s/_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**