IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ADAM STREGE,

      Plaintiff,

v.                                                                                               No. 2:24-cv-00966-WJ-KRS

SUPREME COURT NEW MEXICO, et al.

      Defendants.

## ORDER GRANTING MOTION TO FILE ELECTRONICALLY

Plaintiff filed a "Motion to Electronically File Documents and Court to Email Documents with Pacer" on the grounds that he has not received previously filed Orders in this case because they were lost in the mail or due to mail theft. Doc. 14, filed December 23, 2024.

The Court grants Plaintiff permission to file electronically using CM/ECF in this case only. *See* CM/ECF Administrative Procedures Manual § 4(b)(1) (Rev. June 2024) ("Upon receipt of a Notice of Electronic Filing (NEF), the recipient will have one opportunity to review, save, and print the document without incurring any PACER fees"). The Court will revoke permission to file electronically if Plaintiff abuses his electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information. This Order only grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a participant. *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised June 2024).

**IT IS ORDERED** that Plaintiff's Motion to Electronically File Documents and Court to Email Documents with Pacer, Doc. 14, filed December 23, 2024, is **GRANTED.**

IT IS SO ORDERED this 3rd day of January, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE